**[J-12A-2015, J-12B-2015, J-12C-2015, J-12D-2015 and J-12E-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 29 EAP 2014 |
| | : |
| Appellant | : Appeal from the judgment of Superior |
| | : Court entered on 6/21/2012 at No. 2567 |
| | : EDA 2011, reargument denied 8/13/2012, |
| v. | : affirming the order entered on 8/26/2011 in |
| | : the Court of Common Pleas, Civil Division, |
| | : Philadelphia County at No. 000384 May |
| CAROSELLI BEACHLER MCTIERNAN & | : Term, 2011. |
| CONBOY, WILLIAM R. CAROSELLI, | : |
| ESQUIRE, TIMOTHY CONBOY, | : |
| ESQUIRE, SUSAN A. MEREDITH, | : |
| ESQUIRE, KELLY L. ENDERS, | : |
| ESQUIRE, DAVID S. SENOFF, ESQUIRE, | : |
| LAUREN C. FANTINI, ESQUIRE, | : |
| RICHARD C. DEFRANCESCO, | : |
| ESQUIRE, CEFALO & ASSOCIATES, | : |
| MICHAEL J. CEFALO, ESQUIRE, JAMES | : |
| J. ALBERT, ESQUIRE, GEORGE G. | : |
| OSCHAL, III, ESQUIRE, KARL J. KWAK, | : |
| ESQUIRE, AND LINDA L. BARTLETT, | : |
| ESQUIRE, | : |
| | : |
| | : |
| Appellees | : ARGUED:  March 11, 2015 |


| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 30 EAP 2014 |
| | : |
| Appellant | : Appeal from the judgment of Superior |
| | : Court entered on 6/21/2012 at No. 2568 |
| | : EDA 2011, reargument denied 8/14/2012, |
| v. | : affirming the order entered on 9/20/2011 in |
| | : the Court of Common Pleas, Civil Division, |
| | : Philadelphia County at No. 000336 May |
| ECKERT SEAMANS CHERIN & | : Term, 2011. |
| MELLOTT, LLC, BRIDGET E. | : |
| MONTGOMERY, ESQUIRE, DAVID J. | : |
| SCHERTZ, ESQUIRE, RIKER DANZIG | : |
| SCHERER HYLAND & PERRETTI, LLP, | : |
| AND MICHAEL P. O'MULLAN, ESQUIRE, | : |
| | : |

|  |  |
|---|---|
| Appellees | : ARGUED: March 11, 2015 |

|  |  |
|---|---|
| GREGORY R. ZAPPALA, | : No. 31 EAP 2014 |
|  | : |
| Appellant | : Appeal from the judgment of Superior |
|  | : Court entered on 6/21/2012 at No. 2569 |
|  | : EDA 2011, reargument denied 8/14/2012, |
| v. | : affirming the order entered on 9/20/2011 in |
|  | : the Court of Common Pleas, Civil Division, |
|  | : Philadelphia County at No. 000349 May |
| METZGER & KLEINER, DANIEL E. | : Term, 2011. |
| KLEINER, ESQUIRE, AND RICHARD G. | : |
| FREEMAN, ESQUIRE, | : |
|  | : |
| Appellees | : ARGUED: March 11, 2015 |

|  |  |
|---|---|
| GREGORY R. ZAPPALA, | : No. 32 EAP 2014 |
|  | : |
| Appellant | : Appeal from the judgment of Superior |
|  | : Court entered on 6/21/2012 at No. 2572 |
|  | : EDA 2011, reargument denied 8/14/2012, |
| v. | : affirming the order entered on 9/20/2011 in |
|  | : the Court of Common Pleas, Civil Division, |
|  | : Philadelphia County at No. 000360 May |
| ANAPOL SCHWARTZ WEISS COHAN | : Term, 2011. |
| FELDMAN & SMALLEY, P.C., SOL H. | : |
| WEISS, ESQUIRE, AMBER M. RACINE, | : |
| ESQUIRE, ADRIANNE WALVOORD, | : |
| ESQUIRE, LAW OFFICE OF BARRY H. | : |
| DYLLER, BARRY H. DYLLER, ESQUIRE, | : |
| GELB LAW FIRM, AND JOHANNA L. | : |
| GELB, ESQUIRE, | : |
|  | : |
| Appellees | : ARGUED: March 11, 2015 |

|  |  |
|---|---|
| GREGORY R. ZAPPALA, | : No. 33 EAP 2014 |
|  | : |
| Appellant | : Appeal from the judgment of Superior |
|  | : Court entered on 6/21/2012 at No. 2573 |
|  | : EDA 2011, reargument denied 8/13/2012, |
| v. | : affirming the order entered on 9/20/2011 in |
|  | : the Court of Common Pleas, Civil Division, |
|  | : Philadelphia County at No. 000388 May |

HANGLEY ARONCHICK SEGAL & : Term, 2011.
PUDLIN, DANIEL SEGAL, ESQUIRE, :
REBECCA L. SANTORO, ESQUIRE, :
JUVENILE LAW CENTER, MARSHA L. :
LEVICK, ESQUIRE, AND LOURDES M. :
ROSADO, ESQUIRE, :
:
           Appellees : ARGUED: March 11, 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of April, 2015, as it appears Appellant joined the settlement agreement, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Mr. Chief Justice Saylor and Madame Justice Todd did not participate in the decision of this case.